UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | | |
|     MILTON THOMAS, SR., : | Chapter 13 | |
| : | | |
| Debtor. : | Bky. No. 04-10175 ELF | |
| : | | |
| : | | |
| MILTON THOMAS, SR., : | | |
| : | | |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| : | Adv. No. 13-0029 | |
| CITY OF PHILADELPHIA, et al., : | | |
| : | | |
| Defendants. : | | |

# O R D E R

**AND NOW**, upon consideration of the motion to dismiss of U.S. Bank, N.A, as Trustee f/k/a Wachovia Bank, N.A. ("U.S. Bank's Motion") (Civ. Action No. 2:12-cv-1600, Doc. #9), and the combined to dismiss of the City of Philadelphia and the School District of Philadelphia ("the City's Motion") (Civ. Action No. 2:12-cv-1600, Doc. #18),[1] the Debtor's responses thereto (Doc. #'s 17 & 20), and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** that

1. U.S. Bank's Motion and the City's Motion are **GRANTED.**

2. **SUMMARY JUDGMENT** is **ENTERED** in favor of U.S. Bank, N.A., the City of

---

[1] For reasons explained in the Opinion, I am referencing the district court docket entries at Civ. Action No. 12-cv-1600, where the Complaint and Motions were originally filed.

Philadelphia and the School District of Philadelphia.

3. **On or before September 6, 2013**, the Plaintiff may file a Memorandum of Law setting forth why the Complaint should not be **DISMISSED** as to Defendants Philadelphia Authority for Industrial Development ("PAID") and ARACOR Search & Abstract Services, Inc. ("ARACOR").  Or alternatively, instead of a Memorandum of Law, the Plaintiff may file an Amended Complaint setting forth additional factual allegations in support of his claims against PAID and ARACOR.

**Date:  August 15, 2013**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc: Milton Thomas
140 W. Spencer Avenue
Philadelphia, PA 19120

2