IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON THOMAS, SR.,

    Plaintiff,

 v.

CITY OF PHILADELPHIA et al.,

    Defendants.

CIVIL ACTION
NO. 15-3422

## **ORDER**

**AND NOW**, this 12th day of February 2019, upon consideration of the Mandate from the United States Court of Appeals for the Third Circuit (Doc. No. 60), and in accordance with the Opinion of the United States Court of Appeals for the Third Circuit dated January 3, 2019,[1] it is **ORDERED** that the above-captioned case shall be transferred to the United States Bankruptcy Court for the Eastern District of Pennsylvania for further proceedings. It is further **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] On August 21, 2017, this Court entered an Order awarding Plaintiff sanctions for Defendants' violation of the discharge injunction that had been entered in Plaintiff's bankruptcy proceedings pursuant to 11 U.S.C. § 524. (Doc. Nos. 50, 51.) On January 3, 2019, the Court of Appeals for the Third Circuit vacated the Order, holding that this Court lacked subject matter jurisdiction to award sanctions because "[i]f Thomas is to receive any remedy for the City's dereliction, it must be in Bankruptcy Court." In accordance with Opinion of the Court of Appeals for the Third Circuit, the Court will transfer this case to the United States Bankruptcy Court for the Eastern District of Pennsylvania for further proceedings relating to the discharge injunction.